FILE COPY

RE: Case No. 15-0285    DATE: 5/29/2015

COA #: 12-14-00327-CV    TC#: 13-00267

STYLE: IN THE INTEREST OF K.W. AND P.W., CHILDREN

Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

MS. CATHY S. LUSK

CLERK, TWELFTH COURT OF APPEALS

1517 WEST FRONT, SUITE 354

TYLER, TX 75702

FILED IN COURT OF APPEALS
12th Court of Appeals District

JUN 04 2015

TYLER TEXAS
CATHY S. LUSK, CLERK